**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Trenton Bridge Lobster Pound, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 01-0509887 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1237 Bar Harbor Road | |
| Number       Street | Number       Street |
| | P.O. Box |
| Trenton          ME     04605 | |
| City                State     ZIP Code | City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hancock County | |
| County | Number       Street |
| | |
| | City              State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.trentonbridgelobster.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Trenton Bridge Lobster Pound, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

2510

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor Anthony and Josette Pettegrow   Relationship Shareholders

District Maine   When 10/01/2025
MM / DD / YYYY

Case number, if known 25-10186

| Debtor | Trenton Bridge Lobster Pound, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 1237 Bar Harbor Road _____
Number          Street

_____

Trenton _____   ME   04605 _____
City                                    State   ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  Cross Insurance _____

Contact name  Keyon Butler _____

Phone  (207) 947-7345 _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Trenton Bridge Lobster Pound, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/04/2025.
MM / DD /YYYY

X _____  _____
Signature of authorized representative of debtor     Printed name  Josette G. Pellegrow

Title  **Authorized Party**

**18. Signature of attorney**

X  /s/ D. Sam Anderson
Signature of attorney for debtor

Date  12/04/2025
MM / DD / YYYY

Printed name  Sam Anderson

Firm name  Bernstein Shur Sawyer & Nelson, P.A.

Number    Street  100 Middle Street P.O. Box 9729

City  Portland      State  ME      ZIP Code  04101

Contact phone  2077741200      Email address  sanderson@bernsteinshur.com

Bar number  9809      State  ME

## TRENTON BRIDGE LOBSTER POUND, INC.

## UNANIMOUS WRITTEN CONSENT OF SHAREHOLDERS ACTING WITHOUT A MEETING

### December 4, 2025

The undersigned, being all of the shareholders (the "**Shareholders**") of Trenton Bridge Lobster Pound, Inc. (the "**Company**"), without a meeting based on the unanimous written consent of the Shareholders, hereby adopt and consent to the following actions and resolutions of the Company:

**WHEREAS:** The Shareholders have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, and credit market conditions, and the Shareholders being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Shareholders have determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue a reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve, and to elect to proceed as a debtor and debtor-in-possession under chapter 11; and further

**RESOLVED:** That Anthony D. Pettegrow and Josette G. Pettegrow (each, an "**Authorized Party**") are authorized on behalf of, and in the name of, the Company, each acting individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre or post-petition credit facility, to grant

liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation; and further

**RESOLVED:**

That each Authorized Party is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**

That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel for the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the chapter 11 case as may be determined by the Company.

**TRENTON BRIDGE LOBSTER POUND, INC.**

By: _____
Name: Anthony D. Pettegrow
Title: Shareholder

By: _____
Name: Josette G. Pettegrow
Title: Shareholder

**United States Bankruptcy Court**

**IN RE:**                                                        Case No._____

Trenton Bridge Lobster Pound, Inc.
                                                                          Chapter _____
_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Anthony D. Pettegrow<br>54 Paradis Dr., Trenton, ME 04605 | 50 | Shareholder |
| Josette G. Pettegrow<br>54 Paradis Dr., Trenton, ME 04605 | 50 | Shareholder |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name ___Trenton Bridge Lobster Pound, Inc._____

United States Bankruptcy Court for the: ___District of Maine_____

Case number (If known): _____

</td><td>

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lobster 207, LLC c/o Alfred Frawley IV McCloskey, Mina, Cunnif & Frawley, LLC Portland, ME, 04101 | | Judgment liens that debtor believes may be avoidable | Disputed | | | 3,481,498.85 |
| 2 | Troutman Pepper Hamilton Sanders LLP 3000 Two Logan Square Eighteenth and Arch Streets Philadelphia, PA, 19103 | | Services | | | | 247,000.00 |
| 3 | Liberty Mutual Insurance P.O. Box 2839 New York, NY, 10116-2839 | | Insurance | | | | 13,888.25 |
| 4 | American Express National Bank P.O. Box 30384 Salt Lake City, UT, 84130 | | Credit Card Debt | | | | 12,448.87 |
| 5 | Town of Gouldsboro 59 Main Street Prospect Harbor, ME, 04669 | | Taxes | | | | 5,168.00 |
| 6 | Pack Edge 955 Portland Road Saco, ME, 04072 | | Services | | | | 2,119.23 |
| 7 | Town of Hancock P.O. Box 68 Hancock, ME, 04640 | | Taxes | | | | 1,647.24 |
| 8 | D.C. Air & Seafood, Inc. P.O. Box 581 Winter Harbor, ME, 04693 | | Suppliers or Vendors | | | | 1,061.00 |

Debtor　　Trenton Bridge Lobster Pound, Inc.　　　　　　　Case number (*if known*)_____
　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Maine Shellfish Co., Inc.<br>P.O. Box 397<br>Ellsworth, ME, 04605 | | Suppliers or Vendors | | | | 973.50 |
| 10 | MPM Maine Preventative Maintenance<br>85 High Street<br>Oakland, ME, 04963 | | Services | | | | 661.58 |
| 11 | Down East Enterprise<br>P.O. Box 670<br>Camden, ME, 04843 | | Services | | | | 400.00 |
| 12 | American Lobster Products<br>239 Boston Street<br>Suite 205<br>Topsfield, MA, 01983 | | Suppliers or Vendors | | | | 279.00 |
| 13 | Irving Oil Corporation<br>P.O. Box 11013<br>Lewiston, ME, 04243 | | Utility Services | | | | 278.78 |
| 14 | Boston Seafood Express<br>8 Seafood Way<br>Unit 2-3<br>Boston, MA, 02210 | | Suppliers or Vendors | | | | 74.00 |
| 15 | SJ Rollins Technologies<br>931 Union Street<br>Bangor, ME, 04401 | | Services | | | | 29.54 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

United States Bankruptcy Court

District of Maine

In re:  Trenton Bridge Lobster Pound, Inc.

Case No.

Chapter   11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:      12/04/2025

_____
Signature of Individual signing on behalf of debtor

Authorized Party
_____
Position or relationship to debtor

American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130


American Lobster Products Co
239 Boston Street
Suite 205
Topsfield  MA 01983


Boston Seafood Express
8 Seafood Way
Unit 2-3
Boston  MA 02210


D.C. Air & Seafood, Inc.
P.O. Box 581
Winter Harbor  ME 04693


Down East Enterprise
P.O. Box 670
Camden  ME 04843


Ford Credit
P.O. Box 220564
Pittsburgh  PA 15257


GM Financial
P.O. Box 78143
Phoenix  AZ 85062


Town of Gouldsboro
P.O. Box 68
Prospect Harbor  ME 04669


Town of Hancock
P.O. Box 68
Hancock  ME 04640


Irving Oil Corporation
P.O. Box 11013

Lewiston   ME 04243


Liberty Mutual Insurance
P.O. Box 2839
New York   NY 10116-2839


Lobster 207, LLC
c/o Alfred C. Frawley IV
McCloskey, Mina, Cunnif & Frawley, LLC
Portland, ME 04101


Maine Shellfish Co., Inc.
P.O. Box 397
Ellsworth   ME 04605


Maine Merchants c/o FutureComp
711 East Main St.
Chicopee   MA 01020


MPM Maine Preventative Maintenance
85 High Street
Oakland   ME 04963


Northeast Seafood Company
P.O. Box 883
Northeast Harbor   ME 04662


Pack Edge, Inc.
340 Presumpscot St.
Portland   ME 04103


Anthony D. Pettegrow
1237 Bar Harbor Rd.
Trenton   ME 04605


SJ Rollins Technologies
931 Union Street
Bangor   ME 04401


Spectrum

P.O. Box 6030
Carol Stream  IL 60197


State of Maine Revenue Services
P.O. Box 9101
Augusta, ME 04332-0101


Troutman Pepper Hamilton Sanders LLC
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103


Versant Power
P.O. Box 16044
Lewiston  ME 04243-9527